**STATE of Missouri, Respondent,**

v.

**Charles SHAW, Appellant.**

**No. 46169.**

Missouri Court of Appeals, Eastern District, Division Three.

July 19, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1983.

Ronald F. Borgmann, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Peach, Circuit Atty., St. Louis, for respondent.

### ORDER

PER CURIAM:

Defendant appeals his jury conviction of the offense of first degree burglary. He was sentenced to a term of ten years' imprisonment.

Judgment affirmed. Rule 30.25(b).